8564

BROWNING v. HOOVER.

LIMITATION OF ESTATES.—A DEED conveying land to B. "for and during the term of his natural life, and at his death to his heirs living at that time, in fee and not to be subject to the debts, contracts and liabilities of the said B." vests in B. a fee simple.

Before WILSON J., Hampton, 1912.    Affirmed.

Action by F. W. and Lazelle H. Browning against J. R. Hoover.    Defendant appeals.

*Mr. W. S. Tillinghast,* for appellant, cites: 67 S. C. 130; 16 S. C. 220.

*Mr. J. W. Vincent,* contra, cites: 77 S. E. 706; 1 Rich. Eq. 404; 26 S. E. 716; 56 S. E. 546; 48 S. E. 223; 35 S. E. 507; 3 Rich. Eq. 271.

May 29, 1913.    The opinion of the Court was delivered by

MR. JUSTICE WOODS.    In this action to compel specific performance of a contract for the sale of land, the defendant relied on the allegation that the plaintiff had only a life estate and, therefore, could not make a good title.    This contention rests on the fact that the conveyance from Belle M. Goethe, under which the plaintiff claimed was "to F. W. Browning for and during the term of his natural life and at his death to his heirs living at that time, in fee, and not to be subject to the debts, contracts and liabilities of the said F. W. Browning."

There can be no doubt of the correctness of the Circuit Court, holding that F. W. Browning took a fee simple. *Davenport* v. *Eskew,* 69 S. C. 292; *Clinkscales* v. *Clinkscales,* 91 S. C. 59; *Egan* v. *Touchberry,* 93 S. C. 569.

Affirmed.